UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

WILD EGGS HOLDINGS, INC.; WILD EGGS OPERATIONS, LLC; and WILD EGGS FRANCHISING, LLC                                                              Plaintiffs

v.                                                                                                                                                                                Civil Action No. 3:20-CV-501-RGJ

STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY,                                                                                    Defendant

\* \* \* \* \*

## ORDER

Plaintiffs Wild Eggs Holdings, Inc., Wild Eggs Operations, LLC, and Wild Eggs Franchising, LLC, ("Wild Eggs") move for leave to file a first amended complaint. [DE 25]. Defendant State Auto Property & Casualty Inc. Co. responded stating that rather than challenge Wild Eggs' motion, it requests a briefing schedule to file a new motion under Fed. R. Civ. P. 12(b)(6) in the event the motion to amend is granted. [DE 26]. Wild Eggs did not file a reply and the time for doing so has passed. This matter is ripe for adjudication.

Pursuant to Fed. R. Civ. P. 15(a)(2), "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Wild Eggs argues that its counsel learned new information relevant to Wild Eggs' claims after preparing a response to the Defendant's motion to dismiss. [DE 25 at 898]. This case is in its early stages and Wild Eggs has not unduly delayed in seeking leave to amend. The Defendant will not be unfairly prejudiced or disadvantaged. Accordingly, the Court, having considered the motion, and being otherwise sufficiently advised, **IT IS ORDERED** as follows:

1.    Plaintiffs' Motion for Leave to File First Amended Complaint [DE 25] is GRANTED;

2

2. Plaintiffs' First Amended Complaint [DE 25-1] is deemed filed as of the date of entry of this Order;

3. Defendant's Motion to Dismiss [DE 18] is DENIED AS MOOT;

4. If Defendant files a motion to dismiss, the parties shall adhere to the following briefing schedule:

> i. Defendant shall file its motion to dismiss within 21 days of the entry of this order;
>
> ii. Plaintiffs shall file its response brief within 21 days after the filing of Defendant's motion to dismiss; and
>
> iii. Defendant shall file its reply brief within 14 days after the filing of Plaintiffs' response.